IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID K. HECHLER,

Defendant.                                              Case No. 12-cr-30273-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is defendant David K. Hechler's amended motion to travel to Roanoke, Virginia for the period December 20, 2012 through December 28, 2012, for a family visit (Docs. 16). The government does not object to defendant's request. However, defendant's instant request is completely devoid of any details concerning his requested travel. Namely, his motion lacks specificity regarding what family he intends on visiting, how he is traveling, how he will remain in compliance of his bond conditions regarding association with children under the age of 18, whether there will be a laptop computer with him, and whether there will be computers in the homes he will be visiting. On this basis, defendant's amended motion is **DENIED** (Doc. 16).

**IT IS SO ORDERED.**
Signed this 7th day of December, 2012.

Digitally signed by David R. Herndon
Date: 2012.12.07 16:09:29 -06'00'

**Chief Judge**
**United States District Court**