IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID K. HECHLER,

Defendant.                                          Case No. 12-cr-30273-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is defendant David K. Hechler's supplemental motion to enlarge bond to permit travel to Roanoke, Virginia for the period December 20, 2012 through December 28, 2012 (Doc. 18). The Court previously denied defendant's amended motion to travel, as it did not provide the relevant details of his planned travel (Doc. 17). As defendant's instant motion provides the necessary details concerning his travel to Roanoke, Virginia, defendant's motion is **GRANTED** (Doc. 18). Defendant is required to comply with the conditions and itinerary committed to in his motion and further is ordered to report immediately to his probation officer upon his return to Chicago.

**IT IS SO ORDERED.**
Signed this 13th day of December, 2012.

Digitally signed by David R. Herndon
Date: 2012.12.13 09:14:15 -06'00'

**Chief Judge**
**United States District Court**